**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DIANA GOODYKOONTZ,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 19-01124-JB-B** |
| | * | |
| **MAY TRUCKING,** | * | |
| | * | |
| **Defendant.** | * | |

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) and dated February 3, 2020 (Doc. 4) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED** without prejudice for Plaintiff's failure to prosecute and obey the Court's order.

**DONE** this 2nd day of March, 2020.

<u>/s/ JEFFREY U. BEAVERSTOCK</u>
UNITED STATES DISTRICT JUDGE